# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 144]**<br><br>(Doc. 8)<br><br>Complaint Served:  August 16, 2022<br>Current response date:  October 4, 2022<br>New response date:  November 8, 2022 |

## **ORDER**

The Court, having reviewed the parties' joint stipulation (Doc. 8) and finding good cause therefor, hereby ORDERS as follows: Defendant Quest Diagnostics Incorporated will file its response to the Complaint in this action on or before November 8, 2022.

IT IS SO ORDERED.

Dated: __**September 27, 2022**__        /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE