# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 144]**<br><br>(Doc. 11)<br><br>Current response date:   November 8, 2022<br>New response date:        November 22, 2022<br><br>Complaint Served:          August 16, 2022 |

## **ORDER**

The Court, having reviewed the parties' joint stipulation (Doc. 11) and finding good cause therefor, hereby ORDERS as follows:  Defendant Quest Diagnostics Incorporated will file its response to the Complaint in this action on or before November 22, 2022.

IT IS SO ORDERED.

Dated:   **November 4, 2022**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE