1

**FAEGRE DRINKER BIDDLE & REATH LLP**

2

Zoë K. Wilhelm (SBN 305932)
zoe.wilhelm@faegredrinker.com

3

1800 Century Park East, Suite 1500

4

Los Angeles, California 90067
Telephone:  +1 310 203 4000

5

Facsimile:    +1 310 229 1285

6

7

Matthew J. Fedor *(admitted pro hac vice)*
matthew.fedor@faegredrinker.com

8

600 Campus Dr
Florham Park, NJ 07932

9

Telephone: 973-549-7000

10

Facsimile: 973-960-9831

11

**Attorneys for Defendant**
**Quest Diagnostics Incorporated**

12

13

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

14

15

16

| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00892-JLT-SKO |
|---|---|

17

18

19

Plaintiffs,
v.

20

QUEST DIAGNOSTICS, INC.,

21

22

Defendant.

Hon. Jennifer L. Thurston
Magistrate Judge Sheila K. Oberto

**ORDER GRANTING JOINT**
**STIPULATION TO EXTEND**
**DEFENDANT'S TIME TO RESPOND TO**
**PLAINTIFFS' FIRST AMENDED**
**COMPLAINT**

23

**(Doc. 29)**

24

25

Current response date: Jan. 20, 2023
New response date:     Feb. 21, 2023

26

Complaint Served:  Jan. 6, 2023

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 1:22-cv-00892-JLT-SKO

Before the Court is the Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's First Amended Complaint ("Stipulation"). (Doc. 29.) Having considered the Stipulation, all papers in support thereof and in opposition thereto, as well as the pleadings, exhibits, records in this matter, and oral argument of the parties, and for good cause shown, this Court finds that the Stipulation should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's time to respond to the First Amended Complaint is extended to February 21, 2023.

IT IS SO ORDERED.

Dated:   **January 18, 2023**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 1:22-cv-00892-JLT-SKO