1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13

ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

QUEST DIAGNOSTICS, INC.,

Defendant.

Case No. 1:22-cv-00892-JLT-SKO

Hon. Jennifer L. Thurston
Magistrate Judge Sheila K. Oberto

**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**(Doc. 32)**

14
15
16
17
18
19
20

Before the Court is the Second Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's First Amended Complaint ("Stipulation").   (Doc. 32.) Having considered the Stipulation, all papers in support thereof and in opposition thereto, as well as the pleadings, exhibits, records in this matter, and oral argument of the parties, and for good cause shown, this Court finds that the Stipulation should be **GRANTED**.

21
22

Accordingly, **IT IS HEREBY ORDERED** that Defendant's time to respond to the First Amended Complaint is extended to February 28, 2023.

23

IT IS SO ORDERED.

24
25

Dated:   **February 17, 2023**            _/s/ Sheila K. Oberto_
                                    UNITED STATES MAGISTRATE JUDGE

26
27
28