1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  *Attorney for Plaintiffs*

6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.,<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE MOTION TO DISMISS**<br><br>Current response date:       March 14, 2023<br>New response date:           April 11, 2023<br><br>Complaint Served:            August 16, 2022 |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Before the Court is the Joint Stipulation to Extend Plaintiffs' Time to Respond to the Motion to Dismiss ("Stipulation").  Having considered the Stipulation, all papers in support thereof and in opposition thereto, as well as the pleadings, exhibits, records in this matter, and oral argument of the parties, and for good cause shown, this Court finds that the Stipulation should be **GRANTED.**

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' time to respond to the Motion to Dismiss is extended until April 11, 2023, and Defendant's time to reply to any opposition to the Motion to Dismiss is extended until May 2, 2023.

IT IS SO ORDERED.

Dated:    **March 7, 2023**

UNITED STATES DISTRICT JUDGE